I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/25/2011

_____
DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. BLANTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES COUNTY<br>SHERIFF'S DEPUTY LONGORIA,<br>et al.,<br><br>　　　　Defendants. | Case No. CV 10-8465-AHM (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: February 25, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY